UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS DREW WALLACE, )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　 )<br>vs. 　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>MICHAEL J. ASTRUE, 　　 )<br>Commissioner of Social 　)<br>Security Administration, )<br>　　　　　Defendant. 　　)  | NO. 3:11CV30180-MAP |

## ORDER FOR REMAND

IT IS HEREBY ORDERED, pursuant to Section 205(g) of the Social Security Act and sentence 6, 42 U.S.C. § 405(g), that this case be remanded for further administrative action. Upon remand, a *de novo* administrative hearing will be held and a new recording will be made. The Administrative Law Judge will issue a new decision based on the total record, which will include a transcript of the hearing on remand. If the decision on remand is not fully favorable, a copy of the decision along with a transcript of the existing and additional record evidence and testimony upon which it was based shall be filed with the Court.

IT IS FURTHER ORDERED that this Court retain jurisdiction of this case pursuant to sentence 6 of 42 U.S.C. § 405(g).

DATE Sept. 6, 2011　　　　/s/ Michael A. Ponsor
　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE